IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JONES, | No. 2:23-CV-1808-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| J. LYNCH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for an extension of time to file a first amended complaint. See ECF No. 12. In the motion, Plaintiff states: "Plaintiff motion for extended time to amend complaint." Id. Plaintiff's motion will be denied without prejudice to renewal accompanied by a declaration showing a need for additional time.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for an extension of time, ECF No. 12, is DENIED without prejudice.

Dated:  February 6, 2024

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1