IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERMAINE JONES,<br><br>        Plaintiff,<br><br>    v.<br><br>D. GONZALES, et al.,<br><br>        Defendants. | No.  2:23-CV-1808-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are the parties' motions to opt-out of the Court's early ADR program.  See ECF Nos. 30 and 31.  Good cause appearing therefor, the parties' motions will be granted, and the stay of proceedings imposed on October 24, 2024, will be lifted.  By separate order, the Court will set a schedule for this litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The parties' motions to opt-out of the Court's early ADR program, ECF Nos. 30 and 31, are granted.

2. The stay of proceedings imposed on October 24, 2024, is lifted.

Dated: December 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE